# EXHIBIT 6

# CALIFORNIA APPELLATE COURTS
### Case Information



**Supreme Court**

Supreme Court
Welcome
Search
E-mail
Calendar
Help
Opinions

C|C home

Change court

Court data last updated: 07/09/2008 02:53 PM

**Case Summary**   **Docket**   **Briefs**
**Disposition**   **Parties and Attorneys**   **Lower Court**

## Case Summary

| | |
|---|---|
| **Supreme Court Case:** | S154854 |
| **Court of Appeal Case(s):** | Fourth Appellate District, Div. 1 D050643 |
| **Case Caption:** | HERNANDEZ (JESSE) ON H.C. |
| **Case Category:** | Review - Habeas (criminal) |
| **Start Date:** | 07/30/2007 |
| **Case Status:** | closed |
| **Issues:** | none |
| **Disposition Date:** | 10/10/2007 |
| **Case Citation:** | none |

## Cross Referenced Cases

No Cross Referenced Cases Found

**Click here** to request automatic e-mail notifications about this case.

©2007 Judicial Council of California

# CALIFORNIA APPELLATE COURTS
## Case Information



**Supreme Court**

| Change court |

- Supreme Court
- Welcome
- Search
- E-mail
- Calendar
- Help
- Opinions

C|C home

Court data last updated: 07/09/2008 02:53 PM

Case Summary   Docket   Briefs
Disposition   Parties and Attorneys   Lower Court

## Disposition

**HERNANDEZ (JESSE) ON H.C.**
**Case Number S154854**

Only the following dispositions are displayed below: Orders Denying Petitions, Orders Granting Rehearing and Opinions. Go to the Docket Entries screen for information regarding orders granting review.

**Case Citation: none**

| Date | Description |
|---|---|
| 10/10/2007 | Petition for review denied |

**Click here** to request automatic e-mail notifications about this case.

© 2007 Judicial Council of California