```
                    DECLARATION OF SERVICE BY MAIL
                      (by a person in state custody)   FILED
                    (Fed.R.Civ.P.5; 28 U.S.C. § 1746)
                                                      08 JUL 29 PM 2:32
RE:  HERNANDEZ v. CURRY  Case No: C-07-5455 MMC (PR)
```

I, JESSE HERNANDEZ, K-21116, declare: I am a resident of the State of California, County of Monterey. I am over the age of 18 years and I am a party to the within action. My residence address is P.O. BOX 689, Soledad, California, 93960-0689.

On 27 July, 2008 I served the foregoing TRAVERSE TO RESPONDENT'S ANSWER TO PETITIONER'S WRIT OF HABEAS COURPUS AND SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES on the parties listed below by placing a true copy thereof enclosed in a sealed envelope with first class postage fully prepaid in the United States mail at Soledad, California, addressed as follows:

| Original & 1 Copy | One Copy |
|---|---|
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>450 GOLDEN GATE AVENUE<br>SAN FRANCISCO, CA 94102-3483 | EDMUND G. BROWN<br>CALIFORNIA ATTORNEY GENERAL<br>455 GOLDEN GATE AVE., SUITE 11000<br>SAN FRANCISCO, CA 94102-7004 |

There is regular mail delivery by the U.S. Postal Service between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 27 day of July, 2008, at Soledad, California.

                                        JESSE HERNANDEZ
                                        Petitioner in pro per

PLEASE FILE ACCORDING TO THE "MAILBOX RULE" HOUSTON V. LACK (1987) 108 S.Ct. 2379; KOCK V. RICKETTS (9th Cir. 1995) 68 F.3d 1191, ON THE DATE INDICATED ABOVE.