IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ, ) | No. C 07-5455 MMC (PR) |
| ) Petitioner, ) | **ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL; DIRECTIONS TO CLERK** |
| v. ) | |
| BEN CURRY, Warden, ) | |
| ) Respondent. ) | **(Docket No. 21)** |
| _____ ) | |

On November 19, 2007, petitioner, a California prisoner proceeding pro se, filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging the denial of parole by the California Board of Parole Hearings. On March 4, 2011, the Court denied the petition on the merits and denied a certificate of appealability.

Petitioner has requested to proceed in forma pauperis on appeal. In its order denying the petition, the Court declined to issue a certificate of appealability and determined there were no valid grounds for an appeal. Consequently, petitioner fails to show good cause to proceed in forma pauperis on appeal.

///

///

///

Accordingly, the motion to proceed in forma pauperis on appeal is hereby DENIED.

The Clerk is hereby DIRECTED to send a copy of this order to petitioner and to the Ninth Circuit Court of Appeals, wherein petitioner may renew his motion. See Fed. R. App. P. 24(a).

This order terminates Docket No. 21.

IT IS SO ORDERED.

DATED: May 20, 2011

_____
MAXINE M. CHESNEY
United States District Judge